# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| OCEAN SKY INTERNATIONAL, L.L.C., ET AL. | * | CIVIL ACTION NO. 18-0528 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| THE LIMU COMPANY, L.L.C., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Dismiss for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted [Doc. No. 25] filed by Defendants The Limu Company, L.L.C. and Gary Raser is **DENIED**.

MONROE, LOUISIANA, this 16th day of October, 2018.

_____
Terry A. Doughty
United States District Judge