UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| OCEAN SKY INTERNATIONAL, LLC, ET AL | CIVIL ACTION 3:18-0528 |
| V, | JUDGE TERRY A. DOUGHTY |
| THE LIMU COMPANY, LLC. ET AL | MAG. JUDGE KAREN L. HAYES |

**RULING**

Pending before the Court is a Motion to Continue Deadlines and Trial [Doc. No. 234], filed by LIMU Company, LLC ("LIMU") and Gary Raser ("Raser"). An Opposition [Doc. No. 255] was filed by Ocean Sky International, Inc., ("Ocean"), Suni Enterprises, Inc., ("Suni"), and by Shannon Pardue and Rachette Pardue ("Pardues") on November 23, 2020. A Reply was filed by LIMU and Raser [Doc. No. 259] on November 30, 2020. For the reasons set forth herein, LIMU and Raser's Motion is GRANTED.

The facts of this matter are set out in a previous ruling [Doc. No. 74], and will not be reiterated herein.

The trial in this proceeding is currently set for April 5, 2021. LIMU and Raser maintain that the parties have not been able to comply with the scheduling order and asks that all discovery deadlines, pretrial deadlines, and the trial date be extended by three months.

LIMU and Raser's motion is partially opposed by Ocean Sky, Suni and the Pardues as to the extension of pretrial deadlines and completely opposed as to a continuance of the trial date.

After having reviewed the arguments made on behalf of the parties, it is this Court's belief that an extension of the deadlines and trial date is necessary in this case.

Therefore, LIMU and Raser's Motion to Continue Deadlines and Trial [Doc. No. 234] is GRANTED. The Clerk of Court is ordered extend the current discovery and pretrial deadlines by 90 days, and to continue and reset the trial for a date no later than July, 2021.

MONROE, LOUISIANA, this day of December, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE