# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **OCEAN SKY INTERNATIONAL, L. L. C., ET AL.** | **CASE NO. 3:18-CV-00528** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **THE LIMU COMPANY, L.L.C., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Plaintiffs' motion for sanctions pursuant to the court's inherent authority [doc. # 272] is GRANTED-IN-PART, and that Plaintiffs/Defendants-in-Counterclaim, Ocean Sky International, Inc. ("Ocean Sky") and Suni Enterprises, Inc. ("Suni") are awarded sanctions, costs, and fees in the total sum of $50,000.  Within seven (7) days after entry of this judgment, Defendant/Counter-Claimant, The LIMU Company, L.L.C., shall remit the single sum of $50,000 to Plaintiffs, via their counsel, and file proof of payment in the record immediately thereafter.

IT IS FURTHER ORDERED that the motion for sanctions [doc. # 272] otherwise is DENIED, at this time, subject to the court's authority, at trial, to accommodate any material prejudice suffered by Plaintiffs as a result of any failure to preserve evidence.

Monroe, Louisiana, this 17th day of May, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE